## CERTIFICATE OF CONCURRENCE/ NONCONCURRENCE

I , Ralph J. Bellafatto, attorney for Movant, The Fire House Inc., hereby certify that I sought the concurrence from the debtors attorney as to the relief sought in this Motion. As of the time of filing this Motion the debtor's attorney has not advised his position.

Date: 2/22/24

_____
Ralph J. Bellafatto