UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Demetrios Papageorgiou | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Case No.: 24-10004 |

**PROPOSED ORDER LIFTING AUTOMATIC STAY**

AND NOW, on this _____ day of _____, 2024, upon consideration of the Motion of The Fire House Inc., for Relief from the Automatic Stay of *11 U.S.C.S. § 362* (the "Motion") and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted to permit The Fire House Inc., to proceed with the Commercial Lease Eviction Action filed at Northampton County Term Number: C-48-CV-2023-6254 and to exercise any and all rights it has under any and all applicable laws with respect to the Commercial Lease; and it is further

ORDERED that the fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge