UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Demetrios Papageorgiou | : | Chapter    13 |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Case No.:    24-10004 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

("Movant"), by and through its counsel, Ralph J. Bellafatto, has filed a Motion for Relief From the Automatic Stay Pursuant to *11 U.S.C.S. § 362* (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before March 8, 2024, you or your attorney must do all of the following:

(a) File an answer explaining your position at the United States Bankruptcy Court, Office of the Clerk, Gateway Building, 201 Penn Street, 1st Floor, Reading, PA 19601.

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail or Email a copy to the attorney for the Movant:

Ralph J.Bellafatto, 4480 William Penn Highway, Easton, PA 18045

Ralph@bellafatto.com

2. If you or your attorney do not take the steps described above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on March 12, 2024 at 10:00 a.m. in Courtroom Penn 4, U.S. Bankruptcy Court, 201 Penn Street, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 610-208-5040 to determine whether the hearing has been canceled because no one filed a response thereto.

Date: 2/23/24

Respectfully submitted,

BELLAFATTO LAW OFFICE

BY: _____
Ralph J. Bellafatto
ID# 43988
4480 William Penn Highway
Easton, PA 18045
610-923-9200
Ralph@bellafatto.com