UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Demetrios Papageorgiou | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.: 24-10004 |

## CERTIFICATE OF SERVICE

I, Ralph J. Bellafatto, Esquire, hereby certify that service of the **Motion of the Fire House, Inc., for Relief from the Automatic Stay pursuant to *11 U.S.C.S.§ 362* and Notice of Motion, Response Deadline and Hearing Date** was made upon the Chapter 13 Trustee, the United States Trustee, Fidelity Bank and all represented parties via electronic means on the date below.

Respectfully submitted,

Date: 2/23/24

BELLAFATTO LAW OFFICE

BY: _____
Ralph J. Bellafatto
ID# 43988
4480 William Penn Highway
Easton, PA 18045
610-923-9200
Ralph@bellafatto.com