**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re   Demetrios Papageorgiou** : | |
| : | **Case No:  24-10004 pmm** |
| : | **Chapter:  13** |
| **Debtor** : | |

### OBJECTION TO PROOF OF CLAIM NO. 1 OF THE FIRE HOUSE, INC.

Demetrios Papageorgiou, Debtor, by his counsel, Robert Glazer, Esquire, objects to Claim No. 1 of the Fire House, Inc. and respectfully represents:

1. On or about January 2, 2024, Debtor filed this Chapter 13 Bankruptcy.

2. On or about February 22, 2024, The Fire House, Inc. filed Proof of Claim No. 1 in this case.

3. Debtor objects to the said Proof of Claim as follows:

    a. The claim is not filed on the required Court form;

    b. The claim does not identify the nature of the claim, i.e. secured, unsecured, priority, or some combination thereof;

    c. Debtor has or may have other objections to the claim but cannot assert them without the information in items (a) and (b) above.

**WHEREFORE**, Debtor prays this Honorable Court enter an Order disallowing the claim in its entirety.

                                      Respectfully submitted,
                                      McLAUGHLIN & GLAZER

Dated:  March 4, 2024                By: /s/ Robert Glazer
                                      Robert Glazer, Esquire
                                      Attorney for Debtor
                                      26 N. Third St.
                                      Easton, PA 18042
                                      (610) 258-5609