**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re   Demetrios Papageorgiou** | : | |
| | : | Case No:  24-10004 pmm |
| | : | Chapter:  13 |
| **Debtor** | : | |

**CERTIFICATION OF SERVICE**

I, Robert Glazer, Esq., hereby certify that service of the **Objection to Proof of Claim No. 1 of the Fire House, Inc.** was made by electronic service or by first class mail as required under local rules of Court.

Dated:  March 4, 2024                                          /s/ Robert Glazer
                                                                                Robert Glazer, Esquire
                                                                                Attorney for Debtor
                                                                                Attorney ID No:  30234
                                                                                26 N Third St.
                                                                                Easton, PA  18042
                                                                                610-258-5609
                                                                                Fax:  610-258-4353
                                                                                usbcglazer@gmail.com